Cite as 2021 Ark. App. 337

# ARKANSAS COURT OF APPEALS

DIVISION III

No. CR–21–19

| | |
|---|---|
| STEPHEN CHRISTOPHER RAINO<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br><br>APPELLEE | **Opinion Delivered** September 15, 2021<br><br>APPEAL FROM THE ASHLEY COUNTY CIRCUIT COURT [NO. 02CR-15-25]<br><br>HONORABLE ROBERT BYNUM GIBSON, JR., JUDGE<br><br>AFFIRMED |

## WAYMOND M. BROWN, Judge

Appellant Stephen Christopher Raino appeals the Ashley County Circuit Court's revocation of his suspended imposition of sentence (SIS). The State filed petitions to revoke appellant's SIS as to three case numbers, 02CR-14-175, 02CR-15-2, and 02CR-15-25. At the beginning of appellant's revocation hearing, the State dismissed case number 02CR-14-175. The instant appeal concerns the revocation proceedings as related to case number 02CR-15-25. Because the facts, issues on appeal, and arguments are identical to those presented in *Raino v. State*, 2021 Ark. App. 331, which we also hand down today, we find it unnecessary to restate them herein. Furthermore, on the basis of our reasoning set forth in the companion case, we affirm appellant's revocation.

Affirmed.

GLADWIN and MURPHY, JJ., agree.

*Potts Law Office*, by: *Gary W. Potts*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Jacob H. Jones*, Ass't Att'y Gen., for appellee.